# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **MURPHY ROAD RECYCLING, LLC** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:23-cv-03809 |
| v. | ) |
| | ) JURY DEMAND |
| **CATHCART RAIL, INC.** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

By and through its counsel of record, Plaintiff, Murphy Road Recycling, LLC, gives notice that all matters between the parties are settled and that it dismisses this lawsuit with prejudice.

Respectfully submitted,

*/s/ Christopher W. Cardwell*
Christopher W. Cardwell (*admitted pro hac vice*)
William C. Scales, Jr. (*admitted pro hac vice*)
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, TN  37201
Telephone:  (615) 244-4994
ccardwell@gsrm.com
wscales@gsrm.com

*/s/ James R. Carnes*
James R. Carnes (0070005)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, OH  43604
Telephone:  (419) 241-9000
jcarnes@shumaker.com

*Attorneys for Plaintiff,
Murphy Road Recycling, LLC*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 28, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or e-mail. Parties may access this filing through the Court's electronic filing system. The party or parties served are as follows:

       Kevin P. Brown
       RIECK AND CROTTY, P.C.
       161 North Clark Street, Suite 2500
       Chicago, IL 60601
       kbrown@rieckcrotty.com

       */s/ James R. Carnes*
       James R. Carnes (0070005)
       SHUMAKER, LOOP & KENDRICK, LLP
       *Attorneys for Plaintiff,*
       *Murphy Road Recycling, LLC*